# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2013

147000

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

GEORGE P. ASKER and CHARLOTTE ASKER,
        Plaintiffs/Counter-Defendants/
        Appellees,

v

WXZ RETAIL GROUP/GREENFIELD, L.L.C.,
        Defendant/Counter-Plaintiff/
        Appellant.

SC: 147000
COA: 303529
Wayne CC: 06-625093-CZ

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. We REMAND this case to the Wayne Circuit Court for any further necessary proceedings.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2013



t1223

Clerk